# United States District Court
# Southern District of Texas

## Case Number: 03mc386

## ATTACHMENT

Description:

☐ State Court Record     ☑ State Court Record Continued

☐ Administrative Record

☑ Document continued - Part 150 of _____

☐ Exhibit to: _____

number(s) / letter(s) _____

Other: _____

_____

_____

|    |   |                                                      |
|----|---|------------------------------------------------------|
| 1  |   | boyfriend?                                            |
| 2  | A | She did not say boyfriend.  All she told             |
| 3  |   | me was that he was her brother.                      |
| 4  | Q | Did you talk about the relationship that             |
| 5  |   | Debra Gardner had with him?                          |
| 6  | A | Did I --                                             |
| 7  | Q | Did you --                                           |
| 8  |   | THE COURT:  You're talking                           |
| 9  |   | over each other.  The court                          |
| 10 |   | reporter cannot take down both                       |
| 11 |   | voices at the same time.  Don't                      |
| 12 |   | speak over each other.                               |
| 13 | Q | The first time that Duane Buck came over             |
| 14 |   | to the house where you were and knocked              |
| 15 |   | on the door, you were sitting on the                 |
| 16 |   | sofas in the living room.  Is that where             |
| 17 |   | you were, you and Phyllis and Debra and              |
| 18 |   | Kenneth?                                             |
| 19 | A | Right.                                               |
| 20 | Q | Let me show you what's been marked                   |
| 21 |   | State's Exhibit 13 which has been                    |
| 22 |   | previously admitted.  Does that look                 |
| 23 |   | familiar to you?  You can take it if you             |
| 24 |   | need to.                                             |
| 25 | A | Yes.                                                 |

1   Q   What is that?

2   A   That's Debra's house.

3   Q   That's the living room and kind of the

4       dining area in the --

5   A   Yes, that's the --

6               THE COURT:  Wait until he

7               finishes.  You're talking over

8               each other.

9   Q   That's a photo of the living room and

10      the dining area and here's the dining

11      table in the corner, correct?

12   A   Correct.

13   Q   Let me show you this diagram, State's

14      No. 45.  Have you ever seen that before?

15      Did the prosecutor show it to you at any

16      time or is this the first time that

17      you've seen it?

18   A   This is the first time.

19   Q   Look at that for a minute.  If I need to

20      move it around, let me know because I'm

21      going to ask you a few questions from

22      it.  Can you see it?

23   A   Yes.

24   Q   This depicts 7327 Puerta Vallarta and

25      it's an aerial shot into the home with

132

1       Puerta Vallarta out here, the driveway,

2       the garage in front of the house, a

3       front door, a living room and kitchen, a

4       hallway, a bedroom, sliding patio doors,

5       a fence. Does that all look familiar to

6       you?

7    A   Yes.

8    Q   Is that the front door?

9    A   Yes.

10   Q   Does that look familiar to you?

11   A   Yes.

12   Q   When he first knocked on the door, you

13       were sitting over here, or where were

14       you sitting?

15   A   I was sitting over here.

16   Q   Right there?

17   A   On that couch right there.

18   Q   You got up to answer the door, right?

19   A   No, the first time -- which time are you

20       talking about?

21   Q   The first time.

22   A   Not the first time.

23   Q   The first time you never went over to

24       the door?

25   A   No.

1 Q Were you anywhere around when the door

2   came open the first time?

3 A No.

4 Q You were not?

5 A What do you mean by anywhere around?

6 Q Where were you?

7 A I was in the back when he came in.

8 Q So you didn't see him kick or push or do

9   anything to the door the first time?

10 A I heard him kick the door open.

11 Q You didn't see him kick or push the door

12   in the first time?

13 A No.

14 Q Whenever you came out from the area in

15   the back, your testimony was that there

16   was some arguing and Duane Buck was

17   angry and jealous because of your

18   brother being there; is that right?

19 A No.

20 Q Well, you said that Duane Buck cursed

21   Debra and was upset at her.  If he

22   wasn't  upset about Kenneth being there

23   and being jealous, do you have any

24   knowledge what he was upset about?

25 A Probably because she put him out.

| | | |
|---|---|---|
| 1 | Q | That gets back to the jealousy issue, |
| 2 | | doesn't it? Whenever you split up with |
| 3 | | somebody and you see them with another |
| 4 | | person, a lot of times that produces |
| 5 | | jealousy. |
| 6 | A | How he going to see her with another |
| 7 | | person? He didn't see Kenneth with |
| 8 | | Debra. Kenneth wasn't with Debra when |
| 9 | | he came in the house. |
| 10 | Q | Well, he was in the same house where he |
| 11 | | had lived five years, correct? |
| 12 | A | That's not what you said though. |
| 13 | Q | Was Kenneth in the house with you when |
| 14 | | he first came in? |
| 15 | A | Yeah, he was. |
| 16 | Q | I'm not asking you if they were hugging |
| 17 | | or holding or anything, but he was |
| 18 | | there, correct? |
| 19 | A | Yes. |
| 20 | Q | He didn't know either one of you, did |
| 21 | | he? Correct? Did he know either one of |
| 22 | | you? Did he know you and your brother? |
| 23 | | Did you ever see him before that night? |
| 24 | A | No. |
| 25 | Q | Did you know if your brother ever saw |

135

1      Duane Buck before that night or were

2      they strangers?

3  A  I don't know.

4  Q  When the argument was going on between

5      Debra and Duane Buck, Duane Buck was

6      trying to get some of his personal

7      things out of the house like his

8      clothing and tools and that sort of

9      thing, wasn't he?

10  A  He wasn't trying to get anything.  He

11      wasn't trying to get anything.  He came

12      up to that house and he come in arguing,

13      hollering, cussing at that girl.  He

14      come in like that.

15  Q  He asked for some of his clothes and

16      then he went back and got some of his

17      clothes from Debra and took his clothes

18      away from there; isn't that correct, Mr.

19      Ebnezer?  Yes or no?  Did that happen?

20  A  She brought his clothes out to him.  She

21      brought his clothes back to the living

22      room.

23  Q  So if his clothes were there, that's

24      evidence that he had been living there,

25      correct?

1    A    It was like -- no, no, because it was

2         what you call two or three items.  You

3         come all the way back for two or three

4         items?

5    Q    I'm not trying to argue with you.  I'm

6         trying to get to the truth.  Just try to

7         calm down.

8                   Tell us how many items it was.

9         I didn't know it was two or three items.

10        How many items did she bring back to

11        him?

12   A    I didn't count his stuff.

13   Q    You just said two or three items.  Do

14        you recall him getting some tools?  He

15        was an auto mechanic.  Do you recall him

16        getting tools out of the garage?

17   A    No.

18   Q    You didn't know anything about that?

19   A    No.

20   Q    You didn't see that and you don't know

21        anything about that?

22   A    He didn't take no tools with him when he

23        left.

24   Q    Did you follow him out to the car the

25        first time?

| | | |
|---|---|---|
| 1 | A | Excuse me? |
| 2 | Q | Did you follow him out to his car, out |
| 3 | | to the front yard and down the driveway |
| 4 | | to the street the first time that he |
| 5 | | left? Yes or no? |
| 6 | A | I stood right there. I stood right |
| 7 | | there on the sidewalk. That's the |
| 8 | | sidewalk that leads to the front door. |
| 9 | | I watched him get in that truck. |
| 10 | Q | Did he get any tools and load them in |
| 11 | | the truck? |
| 12 | A | No, he didn't. |
| 13 | Q | Did he do that before when you were not |
| 14 | | watching him? Is that possible? Do you |
| 15 | | remember that? |
| 16 | A | He didn't get no tools. He didn't come |
| 17 | | back for no tools. He didn't say |
| 18 | | nothing about tools when he came. |
| 19 | | MR. EASTERLING: I'd ask |
| 20 | | that he be instructed not to |
| 21 | | volunteer anything. |
| 22 | | THE COURT: Only answer |
| 23 | | the questions that are asked of |
| 24 | | you. |

138

BY MR. EASTERLING:

Q   When you went to the back bedroom
    because of all the arguing, how close
    were you to Debra Gardner and Duane Buck
    when you say there was some hitting
    going on?

A   I was probably as far as I am from the
    D.A.

Q   What were you doing?   Were you looking
    down the hallway?

A   I was in Debra Gardner's bedroom where
    he was hitting her at.

Q   You were inside the bedroom watching
    this?

A   Yes.

Q   The bedroom was that big, the distance
    between you and the D.A.?

A   You're catching on.

Q   Now, which bedroom is the one that
    you're talking about?

A   The one right there with the patio
    doors.

Q   Right here?

A   Yes.

Q   Who else was in the room, if anybody?

1    A    Which room?

2    Q    The master bedroom is what we're talking

3          about, the one right there.  Who else

4          was in the room when you saw this

5          hitting going on?

6    A    Phyllis was in the room.

7    Q    Was she there just as long as you were

8          there?

9    A    Yes.

10    Q    Did Duane have a beer in his hand?

11    A    I don't recall.

12    Q    Did he ever pour any beer on Debra

13          Gardner from the can or the bottle?

14    A    I don't recall.

15    Q    You didn't see it or you don't remember?

16    A    I don't recall.

17    Q    Now, you did try to get in between them

18          and separate them; would that be a fair

19          statement?

20    A    Yes.

21    Q    You were trying to make sure there

22          wasn't any beating going on and nobody

23          got hurt, right?

24    A    Right.

25    Q    Do you recall testifying in this

1   courtroom at an earlier hearing back on

2   November 4th of 1996? Do you remember

3   that?

4   A   Yes.

5   Q   Did you make a statement that day under

6       oath that Duane Buck kept telling her

7       that all he wanted was his clothes, all

8       he wanted was his clothes? Did you

9       testify to that in November of 1996, Mr.

10      Ebnezer?

11  A   Yes.

12  Q   Today you're telling us something

13      different, that he didn't want his

14      clothes and didn't ask for his clothes,

15      correct?

16  A   I didn't say that. I didn't say that.

17  Q   Mr. Ebnezer, if I misunderstood you, I'm

18      sure it's clear on the record, but five

19      minutes ago I asked you if he was coming

20      over there to get some personal things,

21      some clothes, and you said he wasn't.

22  A   I said he wasn't coming in there to get

23      any tools because he hadn't mentioned

24      nothing about no tools.

25  Q   Do you remember him asking that all he

1    wanted to do was get his clothes and get

2    out of there?  Do you remember that?

3  A  Yes.

4  Q  So he did say that, didn't he?

5  A  Yeah.

6  Q  And while he's doing that, you and your

7     brother are giving him a hard time,

8     aren't you?

9  A  Hell no.  You ain't going to even try

10    that with me, Partner.

11  Q  You don't have to curse at me, sir.

12  A  Well, don't come up here and start to

13    try to make a liar out of me.

14            THE COURT:  You're only to

15        answer questions.  You're not to

16        argue.

17            THE WITNESS:  Me and my

18        brother did not even bother this

19        man.

20            THE COURT:  I'm going to

21        excuse the jury.

22

23            (The following proceedings

24        are held outside the

25        presence of the jury.)

142

1

2      THE COURT:  Mr. Ebnezer, I

3  have tried to be as nice about

4  this as I possibly can because I

5  realize how upset you are.  You

6  only are to answer the questions

7  that are asked of you.  You

8  can't get into a screaming match

9  with the lawyers.  Can you do

10  that?

11      THE WITNESS:  Yes, ma'am.

12      THE COURT:  Do you need a

13  few minutes?  If you have

14  something to add, the

15  prosecution can get you back on

16  redirect and they can ask you

17  future questions.

18      THE WITNESS:  All I want

19  him to do is to ask me a direct

20  question and quit with all that

21  other stuff that he wants to try

22  to pull.

23      THE COURT:  If the

24  questions are not objected to,

25  you have to answer the question.

1    You cannot argue.  It's either
2    yes or no or I don't know or
3    whatever it is that's asked of
4    you.  If you don't understand
5    the question, ask him to repeat
6    it.  We have can't have this
7    screaming match between the two
8    of you in the courtroom.
9              Do you understand, sir?
10             THE WITNESS:  Yes, ma'am.
11             THE COURT:  Bring the jury
12   back in.

14             (The following proceedings
15             are held in the presence
16             of the jury.)

18        CROSS-EXAMINATION CONTINUED
19   BY MR. EASTERLING:
20   Q    When you say you were trying to get in
21        between Debra and Duane Buck, you were
22        threatening Duane Buck and trying to
23        force him back out of the house, were
24        you not?
25   A    No.

```
1   Q   Did you pick up a stick or some other
2       item and threaten him with it to try to
3       get him out of the house?
4   A   No.
5   Q   Did your brother do that?
6   A   No.
7   Q   You agree you said that you wanted to
8       put your hands on him, didn't you?
9   A   Yes, I said that.
10  Q   But you never touched him; is that what
11      you're testifying to?  Did you ever
12      touch him?  Did you touch him when you
13      separated him?
14  A   I don't understand.  I don't even know
15      how to answer that, you see, because --
16              THE COURT:  Answer it with
17          a yes or no.
18  Q   That's all I'm trying to find out.  I'm
19      not trying to trick you.  You first said
20      you were trying to be a peacemaker, you
21      and your brother.  When you separated
22      them, did you touch him?
23  A   I didn't touch him.  All I did was keep
24      him at arm's distance.  I wasn't doing
25      no pushing.
```

1    Q    Did you touch Duane Buck when you did

2           that?

3    A    Yes.

4    Q    But in a peaceful manner; is that what

5           you're telling the jury?

6    A    Exactly.

7    Q    After he left the first time -- let me

8           back up for a minute.  Did you ever try

9           to call the police at all at any time

10          that first time when Duane Buck was in

11          the house?

12    A    I didn't.  Debra did.

13    Q    Excuse me?

14    A    I didn't.  Debra did.

15    Q    I heard you say that you called 911.

16          Did you try to call the police at all?

17    A    No.

18    Q    However, when Duane Buck was getting

19          ready to leave, he tells you that he's

20          going to wait around for the police,

21          didn't he?

22    A    Yes.

23    Q    He wasn't in a hurry.  He wanted to

24          report the threats and assaults that you

25          and you and your brother were inflicting

```
 1            on him; is that correct?

 2     A      No, sir.

 3     Q      How long did it take for the Sheriff's

 4            Department to get there?

 5     A      Forty-five minutes to an hour.

 6     Q      How long did he wait?  About thirty

 7            minutes?

 8     A      Yeah.

 9     Q      And there had been a lot of arguing and

10            shouting and threatening during that

11            thirty-minute time; would that be a fair

12            statement?

13     A      No.

14     Q      Did you ever let Duane Buck use the

15            telephone to try to call the police?

16     A      I never tried to stop him.

17     Q      Did he every try?

18     A      No, he didn't.

19     Q      Not in your presence anyway?

20     A      I stayed there.  I was right there.  I

21            stayed there in the living room the

22            whole time.

23     Q      I thought it was the bedroom.  Which

24            room was it in?  Did it move around from

25            the bedroom to the hall to the living
```

1    room?

2    A    It started in the bedroom.

3    A    Did it move around and go back into the

4         living room?

5    A    Yes.

6    Q    Duane Buck kept wanting to get his

7         clothes and personal things and his

8         tools and get the things out of there,

9         didn't he, during that thirtyminutes; is

10        that correct?

11   A    No, it didn't take Debra no thirty

12        minutes to get him his clothes.  She

13        gave him his clothes and he still

14        wouldn't leave.  He still would not

15        leave.

16   Q    Now, whenever Mr. Buck left, you sat

17        down and talked with Phyllis Taylor

18        about what was going on and who that guy

19        was, didn't you?

20   A    I don't recall.

21   Q    I heard you testify earlier -- and

22        correct me if I'm wrong -- that you sat

23        down with Phyllis and she told you it

24        was her brother.

25   A    That's why he was there.

1    Q    Isn't it also true that Phyllis told you

2           about the relationship and she told you

3           that Debra was his ex-girlfriend; is

4           that true?

5    A    She told me that it was Debra's

6           ex-boyfriend, ex.

7    Q    So you remember this now?

8    A    Yeah.

9    Q    But you don't know how long she had been

10          his ex-girlfriend, do you?

11    A    From what she told me, I thought they

12          had been ex for like a couple of months.

13    Q    Who told you that, Phyllis?  Do you

14          remember?

15    A    I don't remember if she told me that but

16          I got from the way she was talking about

17          how long it had been that it had been

18          awhile.

19    Q    You all talked some more, everybody goes

20          to sleep, Duane Buck leaves, and the

21          Sheriff's Department shows up forty-five

22          minutes later?

23    A    Yes.

24    Q    That's a female officer?

25    A    Yes, it is.

1    Q    And she takes a report?

2    A    Yes, she did.

3    Q    How long was she there?

4    A    She wasn't there that long.

5    Q    She didn't take anybody to jail?

6    A    No.

7    Q    She left?

8    A    Yes.

9    Q    She didn't file any charges, did she?

10   A    I don't know if she filed any charges.

11        Are you talking about the officer or

12        Debra?

13   Q    The female officer.

14   A    I don't know if she filed any charges.

15   Q    Everybody goes to sleep and you all

16        sleep three or four hours until daylight

17        so now it's about 7:30 when the next

18        bang on the door happens?

19   A    No, it's about 7:00 o'clock.

20   Q    Did you see a clock anywhere in the

21        living room or anywhere?

22   A    I had a pager on me.  I remember looking

23        at my pager.  I woke up and looked at my

24        pager to see about what time it was.

25   Q    So if you gave a statement that it was

1          7:30 --

2      A   Okay.

3      Q   That would be accurate?

4      A   Well, it could.  I'm still thinking it

5          was about 6:30 or 7:00 o'clock.

6      Q   Which couch were you asleep on whenever

7          he banged on the door the second time?

8          Was it the one closer to the door or the

9          one over here in the corner?

10     A   The other one right here.

11     Q   That one?

12     A   Yes.

13     Q   There are two of them here.  Do you

14         remember which one it was?

15     A   I just told you that.

16     Q   This one here?

17     A   Yes.

18                     MR. EASTERLING:  May I

19                 approach the witness, Your

20                 Honor?

21                     THE COURT:  Yes, sir.

22

23     BY MR. EASTERLING:

24     Q   Let me show you State's Exhibit 13.

25     A   This one.

                                         151

1    Q   For the jury's information, this one

2          right here with the blanket or whatever

3          it is on it?

4    A   Yes.

5    Q   The one closest to the door?

6    A   No, that is not the one closest to the

7          door.

8    A   I take that back.  This one is a little

9          closer to the door right here?

10   A   Yes.

11   Q   That coffee table was there, right?

12   A   Yes.

13   Q   Was that the sheet and blanket that you

14         were using to sleep on?

15   A   No, I don't even remember no sheet or

16         blanket on there.  It was hot.

17   Q   These pictures were taken sometime that

18         morning after the shooting and there's a

19         blanket and it looks like a sheet there

20         that you were sleeping on.

21   A   I do not remember.

22   Q   This is July, and in Houston -- excuse

23         me.  This is July and it's hot in

24         Houston, right?  Is that what you meant?

25   A   Yes.

| | | |
|---|---|---|
| 1 | Q | Now, whenever you heard the knock, you |
| 2 | | were the first person who jumped up? |
| 3 | A | I don't know if I was the first one or |
| 4 | | not but I woke everybody up. |
| 5 | Q | Did you see anybody else jump up and |
| 6 | | stand up in the living room? Did you |
| 7 | | notice? |
| 8 | A | I wasn't noticing. |
| 9 | Q | You went straight to the door, I guess? |
| 10 | A | Yes. |
| 11 | Q | Why did you do that? |
| 12 | A | Because I knew it was him, and the way |
| 13 | | he came to the house the first time and |
| 14 | | he jumped on Debra, I wasn't going to go |
| 15 | | through this again. |
| 16 | Q | But you didn't call 911 or the police, |
| 17 | | Mr. Ebnezer? Why didn't you do that? |
| 18 | | Why didn't you do that if he was such a |
| 19 | | threat? |
| 20 | A | He was a threat to her. He was not a |
| 21 | | threat to me. |
| 22 | Q | Isn't it a fact that you were looking to |
| 23 | | beat him up just like you threatened to |
| 24 | | do the previous time when he was there |
| 25 | | four hours before? |

1   A   I ain't threatened to beat the man up no

2       previous time, sir.

3   Q   Isn't that true, Mr. Ebnezer?

4   A   I wanted to but I never said to no one.

5       I kept that to myself.  I never said

6       that to nobody.  I said I wanted to.  I

7       said I wanted to.  I didn't know what

8       nobody else wanted to do.

9   Q   Isn't it true that Mr. Buck went home

10      and went to sleep and when it was

11      daylight he came back to get some more

12      personal things out of the house that he

13      had lived in for five years?

14   A   No, sir, that is not true.  No, sir,

15      that is not true because Debra gave him

16      his little handful of clothes, two or

17      three items, whatever it was, and she

18      said that was it.  That was all he had

19      in the house.

20   Q   Do you know that from your own personal

21      knowledge?

22   A   That's what Debra Gardner told me.

23      That's exactly what she told me.  She

24      said that was all of the things that she

25      had.

1  Q  And I'm sure you told the police that,

2     didn't you, Mr. Ebnezer?

3  A  I don't remember.

4  Q  You didn't tell the police that, did

5     you?

6  A  Debra was the one that filed her own

7     report, sir, and not me.  She should

8     have told the police, not me.  Am I

9     right or wrong?

10 Q  All right.  I'll ask the policeman.

11 A  Thank you.

12 Q  You made a sworn statement to the

13    Detective on July 30th at 1:28 P.M.  Do

14    you recall doing that?

15 A  Yeah.

16 Q  Who was that officer?

17 A  I don't remember his name.

18 Q  Have you seen him around here?  Was it

19    Charles Leithner?  Was it Detective

20    Leithner?

21 A  I don't remember his name.

22 Q  Do you remember what he looked like?

23 A  Yeah, he's been here today.

24 Q  When you went towards the door, the

25    deadbolt had already been broken before,

```
1              right?

2    A    Yes.

3    Q    It was real loose?

4    A    No, he broke it the first time he kicked

5         the door in.

6    Q    It had come completely off?

7    A    No, it did not.

8    Q    Was it broken where it wouldn't hold?

9    A    It was broken enough to where, you know,

10        you couldn't turn it or nothing like

11        that.

12   Q    So the only thing holding it was the

13        regular doorknob and not the deadbolt,

14        right?

15   A    I don't remember.

16   Q    So you went up there to the door?

17   A    Yes.

18   Q    Did you open the bottom part, the

19        regular doorknob, open that and talk to

20        him through the crack?

21   A    No, I couldn't get the door open.  I

22        couldn't get the door open.

23   Q    Did you try?

24   A    I tried.

25   Q    Did you look behind to see what was
```

156

1       going on behind you or were you just

2       focused on the door?

3   A   I was just focused on the door.

4   Q   Did you hear anyone say anything behind

5       you when you were trying to open the

6       door?

7   A   No.

8   Q   You stepped back after some words

9       because you didn't want to get hit by

10      the door?

11  A   I stepped back after the first time that

12      he kicked it because close as I was

13      standing to it, if it flew open when he

14      kicked the first time, it would have hit

15      me in the face.

16  Q   You didn't see his foot touch the door,

17      did you?

18  A   No.

19  Q   So you're guessing that he was kicking

20      it, right?

21  A   No, sir.  I know the difference between

22      a kick and a hit.

23  Q   You don't know if he was trying to put

24      his shoulder into it or not, do you?

25  A   No, it wasn't his shoulder.

| | | |
|---|---|---|
| 1 | Q | Did the police get any footprints off |
| 2 | | the door that you know of? |
| 3 | A | I don't know. |
| 4 | Q | The door came open and you said that he |
| 5 | | pulled up some type of gun? |
| 6 | A | Yes. |
| 7 | Q | Did you struggle over the gun at that |
| 8 | | point? |
| 9 | A | No, we did not. |
| 10 | Q | He came in this door right here? |
| 11 | A | Correct. |
| 12 | Q | You're standing, I assume, back away |
| 13 | | from the door a little bit? |
| 14 | A | Yes. |
| 15 | Q | Which way were you standing? |
| 16 | A | I'm facing the door. |
| 17 | Q | Back in here? |
| 18 | A | Not that far. |
| 19 | Q | Can you show me? |
| 20 | A | I was only about like about like maybe |
| 21 | | three to four feet from the door. |
| 22 | Q | So if this is the door right here, you |
| 23 | | gave it enough room for the door to |
| 24 | | swing open and not hit you, right? |
| 25 | A | Right. |

1    Q    So you're about this far from the door?

2    A    Something like that.

3    Q    The door comes open and you're right in
4         front of him, right?

5    A    Right.

6    Q    And he shoots immediately, doesn't he?

7    A    He does.

8    Q    And when he shoots, he shoots straight
9         across and that hole is right there in
10        that kitchen, isn't it?

11   A    This man stands point blank in front of
12       me and shoots that rifle.  I does like
13       this and duck, and that wasn't no
14       kitchen.  That's in the dining area,
15       sir.

16   Q    That's my point, Mr. Ebnezer.  You moved
17       back to your left.  You're saying you
18       moved to your left, right?  Would you
19       like to demonstrate it for us?

20   A    Thank you.

21   Q    Right there.  That's good.

22   A    He stepped in the door.  Okay?  He
23       stepped in the door right point blank in
24       front of me.

25   Q    Turn around and play yourself and show

1     the jury your action, what you did to

2     try to dodge the speeding bullet.

3  A  I did just like that.

4  Q  Okay.  When you did that, the shot went

5     right behind you to the left, didn't it?

6     Didn't it?  A shot coming out of a rifle

7     goes in a straight line, doesn't it?

8     Correct?  It didn't bend and go anywhere

9     else, did it?  It didn't ricochet, did

10    it?

11            You can answer.  You can answer.

12    I'm not trying to trick you.  Did it go

13    by you or did it go straight behind you?

14    Yes or no?

15 A  I guess it did.

16 Q  And when it did, it must have hit this

17    wall in the kitchen, correct?

18 A  No, because the kitchen is over on this

19    side.  The kitchen is over on that side.

20    This is the dining area over there.

21 Q  I'm now showing you what appears to be a

22    hole in the wall in State's 14, State's

23    No.13, and State's No. 19.  Would you

24    look at all those and get yourself

25    familiar so I can ask you a few

                                          160

1    questions here?  Right there, right

2    there, and right there.  Are you

3    familiar with that hole now?  Are you

4    ready?

5  A    Yes, I'm ready.

6  Q    Isn't it true that the shotgun blast

7    hole, Mr. Ebnezer, was way over here by

8    this couch right there?  Isn't that

9    correct, Mr. Ebnezer, and not over here

10    where you say it was?

11                MS. HUFFMAN:  Objection,

12        Your Honor.  The witness never

13        testified that's where the shot

14        was.

15                THE COURT:  Rephrase your

16        question.  Sustained.

17

18  BY MR. EASTERLING:

19  Q    Or where you say it went to when you

20    jumped away from it.  Will you look for

21    State's No. 45 for a minute, Mr.

22    Ebnezer, and then compare it with the

23    photos, and then tell us on State's 45

24    where the shotgun blast is or where the

25    hole is.  Excuse me.

1    A    I don't have 45 over here.

2    Q    I'm sorry. We don't have that. Look

3         over there where the couch is and this

4         area leading to the hallway. Isn't that

5         where the shotgun blast hole is in the

6         pictures? Isn't that correct?

7    A    Yeah, you can say that.

8    Q    So if you're over here where you say you

9         were, three or four feet in front of the

10       door and he opens the door and you just

11       get out of the way so the shot goes back

12       here, that shot has hit over here in the

13       kitchen wall and not ten or fifteen feet

14       over here, correct?

15    A    No, sir. After just looking at these

16       pictures, I think you should go back to

17       the house and you will see where that

18       kitchen is. That shot would never have

19       hit anywhere in that kitchen.

20    Q    That's because you were not standing

21       there. You started to fight over the

22       shotgun, and the shotgun blast went over

23       here when you grabbed the barrel. How

24       about that? Isn't that how it happened,

25       Mr. Ebnezer?

```
1    A    No.  No.

2    Q    Then how did the shotgun blast hit over

3         here ten or fifteen feet at a forty-five

4         degree angle from the front door?

5         Explain that to the jury.

6    A    He's a sorry shot.

7    Q    And you say you don't even recognize

8         State's 46.  You did say you recognize

9         the .22 rifle; is that correct?

10   A    Well, so what's the deal?  Are you

11        saying --

12   Q    Which one was --

13   A    So what's the deal?

14                   THE COURT:  You're talking

15                over each other again.

16   Q    Which one did he shoot when he first

17        came in?

18   A    I don't remember.  I don't remember.

19   Q    One of these is a lot bigger than the

20        other one; isn't that correct, Mr.

21        Ebnezer?

22   A    It looks that way.

23   Q    You said you recognized this one.  Why

24        do you recognize the .22 rifle?

25   A    Maybe I'm thinking that's the one he
```

1  came in there with.  It didn't seem like

2  he came in with one that long.  The

3  rifle didn't seem that long.

4  Q    It must have been a longer struggle than

5       you described.

6  A    There wasn't no struggle.  Why do you

7       want to keep saying there was a

8       struggle?  There was no struggle.

9  Q    I want to ask you that because that's

10      what the facts are showing, Mr. Ebnezer.

11               MS. HUFFMAN:  I would

12          object to Counsel interjecting

13          what his feelings are about what

14          the facts may show.

15               THE COURT:  Sustained.

16               MS. HUFFMAN:  I'd ask that

17          the jury be instructed to

18          disregard the comments of the

19          Defense Lawyer.

20               THE COURT:  The jury is so

21          instructed to disregard.

22

23  BY MR. EASTERLING:

24  Q    Now, your statement is, your

25       recollection is that you had gotten up

                                        164

```
 1          from a dead sleep.  How long had you
 2          been asleep?  Two or three hours?
 3     A    Maybe two.
 4     Q    Up all day, most of the night, didn't go
 5          to sleep until 3:30.  How clear was your
 6          mind at that time, Mr. Ebnezer?
 7     A    We went to sleep -- it might have been
 8          later than 3:30.  My mind was very much
 9          clear.
10     Q    But weren't you in a deep sleep on that
11          couch?
12     A    No, I don't sleep deeply.  I'm a light
13          sleeper.
14     Q    And it's your recollection that there
15          was no struggle over the gun, no
16          argument, but he just comes in and
17          shoots and you jump out of the way; is
18          that correct?
19     A    It's not recollection.  I have no reason
20          to struggle with this man.  I don't know
21          him.  I don't expect this man to come
22          back to the house.  I didn't even expect
23          this man to bring a gun back with him.
24     Q    But you knew who was at the door, didn't
25          you?  You knew who you were going to
```

1        confront, didn't you?  He wasn't a

2        stranger?  You could hear his voice,

3        right?  Wouldn't that be fair?

4   A   No, I didn't know who it was.  I had an

5        idea who it was because the second time

6        he came in the same way he came in the

7        first time.

8   Q   So you're telling this jury that when

9        somebody shoots a shotgun close to you,

10       you can jump out of the way fast enough

11       that it misses you when it discharges?

12  A   Well, that's how it happened.  That's

13       how it happened.  I'm still here to tell

14       about it.

15  Q   How far was the barrel from your body?

16  A   I don't remember.

17  Q   How far was the barrel from your body

18       when he got the gun, Mr. Ebnezer?

19  A   I don't remember.

20  Q   Was it three or four feet or farther

21       than that?

22  A   I don't remember.

23  Q   Why don't you remember?  Can you tell us

24       that?  I'm just trying to find out the

25       facts of what happened.

```
 1    A    I don't remember.
 2    Q    Did you ever grab hold of the barrel of
 3         the .22 gun so it fired down the
 4         hallway?  Did that ever happen?
 5    A    I never grabbed no barrel.
 6    Q    But you ran though.  After the first
 7         shot you ran out the back door, the
 8         patio sliding doors where Debra was?
 9    A    Right.
10    Q    And you also said that you never ever
11         saw your brother get shot, correct?
12    A    Correct.
13    Q    But you testified that you told him to
14         get out of there because he had a gun?
15    A    I testified as I was running out that I
16         touched my brother and said:  "Look out,
17         Kenneth.  He has a gun."
18    Q    Did you say:  "Let's get out of here."?
19         Did you say that?
20    A    No.
21    Q    He was in the bedroom right by the
22         sliding glass doors, right?  Isn't that
23         what you said?
24    A    That's what I said because the bed was
25         right here next to the glass doors.
```

                                          167

|  |  |  |
|---|---|---|
| 1 |  | That's where her bed was. |
| 2 | Q | But he didn't follow you out of the |
| 3 |  | sliding glass doors? |
| 4 | A | I don't know. I'm too busy running |
| 5 |  | myself. Evidently he was trying to |
| 6 |  | because he was coming around that way. |
| 7 | Q | How can you say your brother was trying |
| 8 |  | to escape if he comes all the way out of |
| 9 |  | the bedroom where you say he was, all |
| 10 |  | the way down this hallway? |
| 11 | A | Wait a minute. I thought you was |
| 12 |  | talking about him. |
| 13 |  | THE COURT: Wait. Wait. |
| 14 | Q | I'm talking about your brother. You |
| 15 |  | said he was standing over by the sliding |
| 16 |  | glass doors when you told him the guy |
| 17 |  | had a gun, right? I'm not trying to |
| 18 |  | trick you again but you said he was over |
| 19 |  | by the sliding glass doors. |
| 20 | A | Can I go over there? |
| 21 | Q | It's okay with me. You say your brother |
| 22 |  | was over by the sliding glass doors and |
| 23 |  | you had your hand on his shoulder and |
| 24 |  | you told him the guy had the gun. |
| 25 | A | Okay. Do you see the bed here? |

1   Q   Yes.

2   A   He was by the bed here.  This is the

3       bed.  He was a lot closer to the patio

4       door.  The bed is a lot closer.  This is

5       where he was standing.  This is where he

6       was standing.  The bed was closer to the

7       patio door.  He was standing like right

8       here at the end of the bed.

9               As I'm running out of there, as

10      I'm running through there, I touched him

11      on his side like this and said:  "Look

12      out, Kenneth.  He has a gun."  I kept

13      right on running out the door.

14  Q   At that point you testified there

15      already was a shotgun blast, correct?

16  A   Yes, but the first shot was when he shot

17      at me.

18  Q   So he should have heard that?

19  A   He?  Who?

20  Q   Your brother.

21  A   He was asleep.  We were all asleep.  He

22      could have heard it.

23  Q   Let's move ahead for just a second.  You

24      do agree though when you went back in

25      the house after all the shooting is

1        over, you did find your brother in the

2        hallway laying down?

3  A   Right.

4  Q   He had come from where he was over here

5        all the way across the master bedroom,

6        through the hallway, out to where you

7        could see him to this area right here?

8  A   No, because when you came in the hallway

9        -- when you stepped out of the bedroom

10       you cannot say you go through the hall

11       to get here.  From here you can see all

12       the way clear through to the kitchen.

13  Q   He had to walk a certain distance though

14       to get to where he was found shot?

15  A   Right.

16  Q   That's the point I'm trying to make.  He

17       didn't go out the sliding patio door?

18  A   No, he didn't.  He might have been

19       trying to help somebody or see what was

20       going on.

21  Q   You were not there to see or hear that,

22       were you?

23  A   No, I wasn't.

24  Q   You can't testify who shot your brother

25       in that hallway, can you?