# United States District Court
# Southern District of Texas

## Case Number: O3mc386

## ATTACHMENT

Description:

☐ State Court Record     ☑ State Court Record Continued

☐ Administrative Record

☑ Document continued - Part 151 of _____

☐ Exhibit to: _____

       number(s) / letter(s) _____

Other: _____

_____

_____

| | | |
|---|---|---|
| 1 | A | I'm going to testify that he did it. |
| 2 | Q | But you didn't see it?  You didn't see |
| 3 | | it happen, did you?  Yes or no? |
| 4 | A | No. |
| 5 | Q | Because you were running down the street |
| 6 | | when you hear shots, aren't you?  Isn't |
| 7 | | that correct? |
| 8 | A | No, I'm in the yard.  I'm in the yard. |
| 9 | | I'm in the yard.  I'm running behind the |
| 10 | | house when I hear the shots. |
| 11 | Q | Whose yard were you in? |
| 12 | A | Debra Gardner's yard. |
| 13 | Q | Using the diagram, can you show us where |
| 14 | | you were, Mr. Ebnezer?  This is the |
| 15 | | sliding patio doors in the back yard. |
| 16 | A | Right there. |
| 17 | Q | This way? |
| 18 | A | Right there at the corner of the house |
| 19 | | when I heard the gunshots. |
| 20 | Q | How many shots did you hear? |
| 21 | A | About two or three.  At that point I |
| 22 | | wasn't trying to count them. |
| 23 | Q | So you can't say? |
| 24 | A | I can say it was more than one that I |
| 25 | | heard. |

171

```
1    Q    Did they sound different like from
2         different guns?
3    A    They were gunshots.  I'm not listening
4         to the sounds of it.
5    Q    There are people who can distinguish
6         between a shotgun and a rifle.  Can you
7         do that?
8    A    I can distinguish between a shotgun and
9         an automatic.
10   Q    You think what?  I'm sorry.  I didn't
11        hear you.
12   A    I can distinguish between a shotgun and
13        an automatic weapon.
14   Q    Could you distinguish between a .12
15        gauge shotgun blast and a .22 rifle
16        shot?
17   A    Well, a .12 gauge could be a lot louder
18        than a .22.
19   Q    So what did you hear?
20   A    I'm outside.  I'm outside.
21   Q    So you couldn't tell?
22   A    No, I couldn't.
23   Q    Now, when you tried to find some help by
24        knocking on some doors, you said you
25        watched Debra run out towards the street
```

1         from your angle; is that correct?

2    A   Right.

3    Q   When you were looking at her, were you

4         down the street this way or were you

5         down the street that way?  Were you to

6         the left or to the right?

7    A   I was here.

8    Q   Down here?  This is where you were?

9    A   Yes.  I saw Debra come out the driveway

10        and come out here.  When I was headed

11        down the sidewalk, Debra was already out

12        in the middle of the street.

13   Q   And you watched her for awhile but then

14        you resumed trying to knock on doors,

15        right?

16   A   Right.

17   Q   Did you ever see Duane Buck before you

18        started knocking on the doors?

19   A   I seen him as I was coming around the

20        house headed down the sidewalk.  I seen

21        him coming out the street after Debra.

22   Q   Behind her?  Going towards her?

23   A   Towards her.

24   Q   Where was he walking?  Was he walking on

25        the sidewalk, the driveway?

1    A    He was walking out of her driveway.

2    Q    Could you see him from that angle?

3    A    Yes, I could.

4    Q    What did he have in his hand?

5    A    A rifle, I guess.

6    Q    You guess?

7    A    One of the rifles.

8    Q    Are you guessing?

9    A    No, I'm positive.

10   Q    How far were you from Debra's house?

11        How many houses down?

12   A    I wasn't no more than two or three

13        houses down when I seen him go out in

14        the street.

15   Q    You don't know what he had, do you?

16   A    He had one of the rifles in his hand.

17   Q    Did you see any of the children

18        following right behind him?

19   A    No, I wasn't paying attention.

20   Q    Did you see any of the children jump on

21        Duane Buck's back and try to plead with

22        him not to do anything?

23   A    No, I didn't.

24   Q    So you must have been so far away at

25        this point that you didn't hear the

```
 1        shots, or were you just scared?  You
 2        didn't hear the shot that must have
 3        taken down Debra Gardner in the street?
 4    A   When you got somebody that's pointing a
 5        gun at you and trying to shoot, you're
 6        really not worried about listening to no
 7        shots.
 8    Q   Do you know if Debra Gardner got shot
 9        inside the house or --
10    A   She got shot in the middle of the
11        street.
12    Q   Let me finish my question.  Do you know
13        from your own personal knowledge, from
14        what you saw, whether Ms. Gardner got
15        shot in the house, sidewalk, or out in
16        the street?  Of your own personal
17        knowledge, from what you saw, you don't
18        know where she was shot, do you?
19    A   She was shot in the middle of the
20        street.
21    Q   Did you see that or not?  Did you hear
22        that or not?  Yes or no?  Did you see it
23        happen?
24    A   No.
25    Q   Did you hear it happen?
```

```
1    A    No.

2    Q    You're basing your opinion on what

3         somebody else told you, aren't you?

4    A    No, I'm not.

5    Q    When you go bang on some doors and you

6         tell some people to do something, and

7         then you go back down towards the house,

8         that's when you see the Harris County

9         Sheriff's Deputy drive up?

10   A    Yes.

11   Q    Mr. McGinty, do you remember seeing him?

12   A    I don't remember his name.

13   Q    Did you see him here today?

14   A    I don't see him, no.

15   Q    Duane Buck is still out in the front

16        yard or in the street area or around

17        this white car, right?  Where was Duane

18        Buck?  Was he out in front of the house

19        when the deputy drove up?

20   A    No.  I don't know.  No.  I don't know

21        where he was when the deputy drove up

22        because I was around the corner knocking

23        on the doors.  Whenever I came around

24        the corner, the officer was standing

25        over him.
```

176

1 Q That was right outside the house?

2 A No, sir, it was like down the street.

3 Q How many houses and which way?

4 A It was the way that I ran, and it

5   couldn't have been no more than two or

6   three houses down.

7 Q Towards the direction you ran?

8 A Yes.

9 Q You don't know how he got down there?

10 A Where?

11 Q Where the officer arrested him?

12 A No, I don't know how he got there.

13 Q Do you remember running behind Duane

14   Buck telling the police officer out

15   there that he was the one that did it,

16   that he was the one that shot her?

17 A I wasn't running behind him.

18 Q That wasn't you?

19 A No.

20 Q I just wanted to know if it was you or

21   not.

22 A No.

23 Q Do you recall giving a statement to the

24   police, a written statement, the next

25   afternoon where you told the police

```
 1        officer that Duane was still holding a
 2        shotgun in his hand when he went out
 3        there towards Debra in the street?
 4    A   Yes, sir.
 5    Q   But today you told us you don't know
 6        which one of the guns it was or what
 7        kind of gun it was, correct?
 8    A   I thought I told you the rifle.
 9    Q   You said you didn't know which one.
10    A   Which one out of these two.
11    Q   Which one out of these two do you think
12        Mr. Buck was holding?
13    A   I don't know.
14    Q   You told the police that he was holding
15        a shotgun.  Was that the truth or not?
16    A   It must be the shotgun.  It must have
17        been the shotgun.  You know, when you
18        are looking at those rifles, when you're
19        sitting up there and you got a rifle
20        pointed in your face and you're trying
21        to get away from it, you know, you ain't
22        got time to be looking at it and seeing
23        what kind of rifle it is.  You're just
24        wanting to get out of the way.
25    Q   I'm talking about when you are running
```

1       down the street and what you saw.

2  A   I saw Duane Buck going towards Debra

3       with a shotgun in his hand. It wasn't

4       no pistol. I betcha that.

5  Q   When you were approaching the officer

6       and Duane Buck was on the ground, you

7       started telling the police: "That's

8       him. That's him." Is that what you

9       told the police?

10  A   I told him he was the shooter because

11       the officer was shouting to one of the

12       kids and asking the kids if he was the

13       shooter. I told the officer he was the

14       one.

15  Q   You answered for the kids even though

16       you hadn't seen him shoot anybody; is

17       that correct?

18  A   I answered because the lawman was

19       asking, the officer was asking.

20  Q   But you hadn't seen Buck shoot anyone

21       but you tell the officer at the most

22       critical time that he was the shooter.

23  A   He was. There wasn't nobody else.

24       There wasn't nobody else. He come and

25       kicked the door in alone. He didn't

1    bring nobody with him.  So who else is
2    it going to be?
3    Q   You were there.
4    A   So you're telling me I'm going to shoot
5    my own brother?
6    Q   No, I'm not telling you that, Mr.
7    Ebnezer.  You don't need to argue with
8    me.
9            When you told the Deputy that he
10   was the shooter, what did the officer do
11   with him?
12   A   Put him in the car.  He handcuffed him
13   and put him in the car.
14   Q   And then you went to check on your
15   brother and Phyllis?
16   A   Yes.
17   Q   How long did you leave before you came
18   back out to the Sheriff's Deputy's car?
19   Do you remember that?
20   A   No, I can't.
21   Q   Well, it was long enough, I guess, for
22   you to check on Phyllis and long enough
23   to check on your brother, and then did
24   you do anything else before you went
25   back out?

1    A    I didn't get to check on my brother
2         because the officer was the one that
3         asked me to step out because he didn't
4         want nothing tampered with in the house.
5    Q    So you stepped back outside?
6    A    Yes.
7    Q    Where did you go?
8    A    He asked me to step outside so I stood
9         there by the car for awhile, by the
10        officer's car.
11   Q    The car with Duane Buck in it?
12   A    Yes.
13   Q    That's when you started to get extremely
14        angry and started threatening Duane Buck
15        in the police car, isn't it?
16   A    Excuse me?
17   Q    You heard me.  Can you answer the
18        question?  You start threatening Duane
19        Buck in the police car or not?
20   A    I told Duane Buck just like it is, that
21        I was going to have the last laugh.
22        That don't sound like a threat to me.
23   Q    So you were going to have the last
24        laugh.  I guess he laughed with you?
25   A    No, no.  He was already laughing, sir.

181

```
1          He was already laughing like it was a
2          joke.  He done killed two people and he
3          want to laugh about it like it was a
4          joke.
5     Q    You didn't tell the police that he was
6          already laughing and you didn't --
7     A    The officers seen him laughing.
8     Q    Let me finish my question.  You didn't
9          tell the police officers that you made
10         the statement that you were going to
11         have the last laugh, did you?
12    A    They didn't ask me.
13    Q    How many officers were out there when
14         you had this exchange and said you were
15         going to have the last laugh?
16    A    I don't know.
17    Q    Which officers were out there and saw
18         this?
19    A    Saw what?
20    Q    Saw you say that you were going to have
21         the last laugh.
22    A    I did not say one officer saw me say
23         that.  I did not say that.
24    Q    So no officer saw that; is that what
25         you're saying?  What's your answer?
```

1          MS. HUFFMAN: I would

2          object to him arguing with the

3          witness. He never said any

4          officer said that.

5          MR. EASTERLING: Yes, he

6          said that.

7          THE COURT: Your question

8          is confusing. Rephrase your

9          statement.

10

11   BY MR. EASTERLING:

12   Q   Isn't it the same officer that was out

13      there and handcuffed him and had the gun

14      on him? That's the same one, isn't it?

15   A   The same one what?

16   Q   The same one that you told that he was

17      the shooter, the same officer that

18      handcuffed Duane Buck. That's the same

19      officer that was out there. That was

20      his patrol car, wasn't it?

21   A   That was his patrol car, yes.

22   Q   And he was out there when you say this

23      laughing was going on; is that correct?

24   A   Yes, he was out there.

25   Q   So he must have saw what was going on?

```
 1    A    I don't know what he saw.  He was

 2         checking on other people and seeing what

 3         was going on.  I don't know what the

 4         officer saw.  I don't have his eyes.

 5    Q    How close was the officer to you?

 6    A    I don't remember.

 7    Q    When this laughing exchange took place

 8         with Mr. Buck?

 9    A    I don't remember.

10    Q    So you've been convicted of the felony

11         of aggravated assault somewhere back in

12         1991, right?

13    A    Right.

14    Q    That was a crime of violence, wasn't it?

15                   MS. HUFFMAN:  I would

16              object.  That's improper

17              impeachment.

18                   THE COURT:  Sustained.

19                   MR. EASTERLING:  Pass the

20              witness, Your Honor.

21                   MS. HUFFMAN:  No further

22              questions, Your Honor.

23                   (At this time the witness

24                   is excused from the

25                   courtroom.)
```

REBECCA SHAW

was called as a witness by the State and,

having been duly sworn, testified as follows:


DIRECT EXAMINATION

BY MS. HOOD:

Q    Would you please state your name?

A    Rebecca Shaw.

Q    How are you employed?

A    The Harris County Sheriff's Department.

Q    What is your assignment?

A    Patrol, District 4.

Q    What does a patrol officer do?

A    Routine patrol duties, answer calls for
     police service.

Q    How long have you been with the
     Sheriff's Department?

A    Twelve years.

Q    Did you respond to a call on July 30,
     1995 at 7327 Puerta Vallarta?

A    Yes, ma'am, I did.

Q    What time did you receive the call?

A    I received the call right at about 4:30.
     That's when the dispatcher gave me the
     call.

1    Q    What had you been doing?

2    A    I was taking a burglary report.  I was

3          out of the car.

4    Q    The call came out before you actually

5          heard it, right?

6    A    Yes, ma'am.

7    Q    Once you heard the call and the

8          dispatch, what did you do?

9    A    I went directly to that location.

10    Q    When you arrived, did you speak with

11          anyone?

12    A    Yes, ma'am, I spoke with Ms. Gardner.

13    Q    How long did it take you to get there

14          from the time you heard the call?

15    A    A little over five minutes.

16    Q    Did you have the opportunity to review

17          your report?

18    A    Yes, ma'am.

19    Q    Do you know what time the call came in?

20    A    Looking at it, it was about twenty-nine

21          minutes before I made it there.  It was

22          about thirty minutes before I got to the

23          location.

24    Q    So what time did you get to the

25          location?

1    A    I don't know exactly the time.

2    Q    Approximately?

3    A    Around 4:30.

4    Q    So you arrived at 7327 Puerta Vallarta

5          at about 4:30 and the call must have

6          come in about 4:00 o'clock?

7    A    Yes.

8    Q    Upon arrival you spoke with Debra

9          Gardner?

10   A    Yes.

11   Q    What was her demeanor?

12   A    When I first arrived at the location she

13         was standing outside with a black male

14         gentleman.  I was trying to ascertain

15         maybe if he could have been the suspect.

16   Q    Did you find out whether he was or not?

17   A    She told me he didn't have anything to

18         do with it, that it had been her

19         ex-boyfriend, and she asked him to go in

20         the house because she said he didn't

21         have anything to do with what had

22         occurred earlier.

23   Q    Did she tell you how long they had been

24         exes?

25   A    She said about a week.

187

```
 1    Q    Did she tell you, or did you learn from
 2         your investigation if the suspect
 3         arrived at the scene in some type of
 4         vehicle?
 5    A    Yes, ma'am.  She said he was driving a
 6         wrecker.
 7    Q    Did you have the opportunity -- let me
 8         ask you this.  What kind of lighting
 9         were you using to conduct this interview
10         in?
11    A    It was dark outside.  I had a
12         flashlight, but there was very little
13         light outside.
14    Q    Did you have the opportunity to take a
15         look at Ms. Gardner?
16    A    Yes, I did.
17    Q    What observation did you make?
18    A    She said she had been hit on the side of
19         the face so I just put my flashlight up.
20         One of her eyes appeared to be kind of
21         watery but I didn't see any swelling or
22         discoloration or anything at that time.
23    Q    I'm showing you State's No. 2 which has
24         already been admitted in evidence.  Can
25         you identify it?
```

```
 1    A    Yes, ma'am.

 2    Q    What is it?

 3    A    This is the house.

 4    Q    What is State's  No. 8?

 5    A    That would be the front entry.

 6    Q    State's Exhibit No. 9, would you please

 7         describe what you see?

 8    A    Yes, ma'am.  It appears to be the front

 9         door.  It was metal.  There was a mark

10         right underneath the deadbolt.  That

11         mark was there when I was there.  It

12         looked like a footprint to me.  The

13         other damage, the heavy damage to the

14         deadbolt, that wasn't there.

15    Q    Now, the mark that you're referring to

16         in the picture is to the left of the

17         door handle?

18    A    Yes.

19    Q    You're saying that mark was there when

20         you arrived?

21    A    Yes.

22    Q    And it looked like what to you?

23    A    A footprint.

24                    MS. HOOD:  Pass the

25              witness.

                                          189
```

<u>CROSS-EXAMINATION</u>

2      BY MR. GUERINOT:

3      Q    Good afternoon, Ms. Shaw.

4                  At the time you got to this

5           location and there were two people

6           standing outside, did you ascertain who

7           the other person was standing with

8           Debra?

9      A    No.  When I went to speak to her, I was

10          going to question him or speak to him

11          but she just told me that he was not the

12          one, that he didn't have anything to do

13          with it, and she asked him to go into

14          the house.

15     Q    Would you recognize that male that was

16          standing outside if he were here today?

17     A    I don't believe I would.

18     Q    I think you said that Debra told you

19          that the defendant showed up, Mr. Buck

20          showed up in a wrecker; is that correct?

21     A    She said that's what he was driving.

22     Q    Did she also relate that he had gotten a

23          few things out of the house that

24          belonged to him?

25     A    She did not.

1   Q   Did she just say that he had come over

2       there and they had an argument and he

3       eventually left; is that right?

4   A   Yes, more or less.  She said that he

5       forced his way into the house, and

6       during their conversation that he had

7       hit her and then he left.

8   Q   Did she tell you how long he had been

9       there at the house that night?

10  A   She told me that when she made the call,

11      which would have been around 4:00

12      o'clock, he had been there for a short

13      while and that he left maybe ten minutes

14      before I got there at 4:30.

15  Q   Is there anything of importance we ought

16      to know about that incident there that

17      you haven't already responded to?

18  A   In what respect?

19  Q   Any respect.  Did it sound like a

20      boyfriend-girlfriend argument and then

21      he left?

22  A   Well, I was concerned because she had

23      been assaulted.  I tried to find out

24      what their relationship was.  In that

25      respect I was trying to see if I might

1    be able to get a to-be warrant on what

2    had happened.

3    Q    Did she ask you to file charges on him?

4    A    No, she didn't.

5    Q    Did she act like she wanted to press

6    charges against Mr. Buck?

7                    MS. HOOD:  That calls for

8              speculation.  I would object.

9                    THE COURT:  Sustained.

10

11   BY MR. GUERINOT:

12   Q    Did she tell you that she wanted to

13   press charges on Mr. Buck?

14   A    No, sir, she didn't.

15   Q    Well, you had the name of the person,

16   had the complainant there, but she never

17   asked to file charges; is that correct?

18   A    Right.

19                    MR. GUERINOT:  No further

20              questions.

21                    MS. HOOD:  Nothing

22              further.

23

24                    (At this time the witness

25              is excused from the

```
                        courtroom.)




                        LISA DODSON

    was called as a witness by the State and,

    having been duly sworn, testified as follows:


                  RECROSS-EXAMINATION

    BY MS. HUFFMAN:

    Q    Please state your name to the jury.

    A    Lisa Dodson.

    Q    How are you employed?

    A    I'm employed as a 911 Coordinator for

         the Harris County Sheriff's Department.

    Q    What are your duties as a 911

         Coordinator?

    A    I maintain all the 911 equipment and

         make sure that it's run properly.  I

         also maintain records related to 911

         calls.

    Q    Can you tell the jury what the 911

         system is and what it does?

    A    Actually, it's an automated system.

         When you dial 911, the call comes in to

         us and it automatically displays the
```

phone number and the address of the
person that's placing the call.  From
that point they tell us whether they
need the fire, medical or police, and at
a touch of the button it transfers the
call to that agency based on what
location they're calling from.

Q   Are the calls recorded?

A   They are.

Q   Are they automatically recorded?

A   Yes.

Q   Each and every conversation called into
911 is recorded?

A   Yes.

Q   How are those records preserved?  How do
you keep those records?  How do you keep
those call records?

A   They're stored on a ten and a half by
one-inch reel-to-reel tape.  They're
rotated out on like a forty-five day
basis, or if somebody places a hold on a
tape, then it's kept indefinitely until
the hold is released.

Q   Are those records kept in the regular
course of business at the 911 Center?

194

```
1    A    Yes, they are.
2    Q    Are the entries made at the time the
3         calls are received from the caller?
4    A    They're made simultaneously, yes.
5    Q    Obviously, the person receiving the call
6         has personal knowledge of the call; is
7         that correct?
8    A    Correct.
9    Q    After those calls are preserved on a
10        reel-to-reel tape, what is done with
11        those reel-to-reel tapes?
12   A    They're stored in a locked office.
13   Q    To your knowledge was there a hold
14        placed on a phone call that had been
15        made to 911 on July 30th of 1995 from a
16        location at 7327 Puerta Vallarta here in
17        Harris County, Texas?
18   A    Yes.
19   Q    Who made the request for 911 to preserve
20        those calls?
21   A    Detective Leithner of the Sheriff's
22        Department.
23   Q    Was that 911 information stored and
24        preserved?
25   A    Yes.
```

```
 1    Q    How many calls were there in all?  Do

 2         you know?

 3    A    There were a total of six calls, one

 4         being from the neighbor.

 5    Q    At some point were those calls turned

 6         over to Detective Leithner of the Harris

 7         County Sheriff's Department?

 8    A    A cassette copy of the tapes were.

 9    Q    Explain to me how that copy was made.

10    A    The reel-to-tape was placed on a large

11         play-back machine and it's dubbed off

12         into a cassette.

13    Q    Who makes those copies?

14    A    I do.

15    Q    Did you make that copy in this case?

16    A    Yes.

17    Q    Are you a competent operator of the

18         machinery that takes the original from

19         the big master reel-to-reel and

20         transfers it to the cassette tape?

21    A    Yes.

22    Q    Did you operate the machinery

23         competently that date?

24    A    Yes.

25    Q    Did you make a true and accurate copy of
```

|    |     |                                              |
|----|-----|----------------------------------------------|
| 1  |     | the original and send it to Detective        |
| 2  |     | Leithner?                                    |
| 3  | A   | Yes.                                         |
| 4  |     | MS. HUFFMAN:  May I                          |
| 5  |     | approach the witness, Your                   |
| 6  |     | Honor?                                       |
| 7  |     | THE COURT:  Yes, ma'am.                      |
| 8  |     |                                              |
| 9  | BY MS. HUFFMAN:                                     |
| 10 | Q   | I'd ask you to look at State's No. 34.       |
| 11 |     | Can you identify State's 34?                 |
| 12 | A   | Yes, I can.                                  |
| 13 | Q   | What is State's 34?                          |
| 14 | A   | It's a cassette copy of the 911 call in      |
| 15 |     | that offense number and my initials.         |
| 16 | Q   | That's the copy that you made from the       |
| 17 |     | master reel-to-reel that was given to        |
| 18 |     | Detective Leithner of the Harris County      |
| 19 |     | Sheriff's Department?                        |
| 20 | A   | Yes.                                         |
| 21 | Q   | Do you know when that copy was made?         |
| 22 | A   | I would say it was in a week of the date     |
| 23 |     | of the offense.                              |
| 24 | Q   | Since that date have you had occasion to     |
| 25 |     | listen to another tape?  I'm going to        |

| | | |
|---|---|---|
| 1 | | ask you to look at State's No. 33. Do |
| 2 | | you recognize State's 33? |
| 3 | A | Yes. |
| 4 | Q | What is State's 33? |
| 5 | A | It's an exact duplicate of this cassette |
| 6 | | copy. |
| 7 | Q | Except for missing at the end a couple |
| 8 | | of the neighbor's calls at the end? |
| 9 | A | Yes. |
| 10 | Q | Otherwise is it a true and accurate copy |
| 11 | | of the copy that you made from the |
| 12 | | original on State's 34? |
| 13 | A | Yes. |
| 14 | Q | On State's Exhibits 33 and 34, are you |
| 15 | | able to identify voices of the |
| 16 | | dispatchers that appear on the tape, |
| 17 | | that you can hear on the tape itself? |
| 18 | A | Yes. |
| 19 | Q | Are you able to identify the caller, the |
| 20 | | people who are calling in for help? |
| 21 | A | Not by name. |
| 22 | Q | Can you identify for us the voices of |
| 23 | | the dispatchers that are heard on these |
| 24 | | tapes and what agency they are |
| 25 | | affiliated with? |

```
1    A    All the dispatchers are affiliated with
2         the Sheriff's Department.   There are
3         several names.
4    Q    Can you give us those names?
5    A    There are about six of them.   Sheryl
6         Hughes, Eloice Guillory, Tawana Pitman,
7         Teresa Jasper, Brad Mathis, Ada Neetz,
8         Anthony Jerack, and Wayne Alton (all
9         names phonetically spelled).
10   Q    Those people are all employees of the
11        Sheriff's Department?
12   A    Yes, they are.
13   Q    Is there anyone that appears from any
14        other agency?
15   A    There is one voice on the tape from the
16        Community Volunteer Fire Department.
17   Q    Do you know that person's name?
18   A    Not by name, no.
19   Q    Do you recognize that voice as being
20        that person?
21   A    He identified himself as being with the
22        Fire Department when the call was
23        transferred.
24   Q    Do you have any reason to doubt that was
25        not who that was?
```

199

1    A    No.

2                    MS. HUFFMAN:  Pass the

3         witness, Your Honor.

4                    MR. EASTERLING:  No

5         questions.

6

7                    (At this time the witness

8                    is excused from the

9                    courtroom.)

PHYLLIS TAYLOR

was called as a witness by the State and,

having been duly sworn, testified as follows:


DIRECT EXAMINATION

BY MS. HUFFMAN:

Q   Ma'am, please introduce yourself to the
    jury.

A   Hi.  My name is Phyllis Mary Taylor.

Q   Ma'am, what is your age?

A   I'm thirty.

Q   Are you working right now?

A   Not at the present time.

Q   Are you married?

A   No.

Q   Do you have any children?

A   Yes.

Q   How many children do you have?

A   Three.

Q   What are their ages?

A   At the present time they are three, ten,
    and eight.

Q   Ms. Taylor, do you know the defendant,
    Duane Buck?

A   Yes.

1    Q   How do you know Duane Buck?

2    A   He's my stepbrother.

3    Q   Could you explain to the jury the family

4         relationship so they understand?

5    A   Well, I have a younger sister and

6         brother and Duane and my younger sister

7         and brother have the same father.

8    Q   You consider him to be your brother?

9    A   Yes.

10   Q   Were you raised in that manner, as

11        brother and sister?

12   A   Yes.

13   Q   Did you know Debra Gardner?

14   A   Yes.

15   Q   At the time of her death, how long had

16        you known her?

17   A   Approximately seven years.

18   Q   What kind of relationship did you have

19        with Debra?

20   A   She was my best friend.  She was more

21        like a sister.

22   Q   Do you know the relationship, if

23        anything, that was between Debra Gardner

24        and Duane Buck?

25   A   Yes.

```
1    Q    What kind of relationship did they have
2         to your knowledge?
3    A    To my account, one time they were a
4         pretty good couple.  They were breaking
5         up and then they'd get together, break
6         up and get together.
7    Q    So it was an off and on relationship?
8    A    Yes.
9    Q    The week prior to Debra's death, what
10        had happened in the relationship?
11   A    Approximately two weeks before the
12        incident they had broke up, separated.
13   Q    Had you seen Duane Buck during that time
14        period?
15   A    Yes.
16   Q    Where had you seen him?
17   A    At my father's house.
18   Q    Had you had a discussion with anybody
19        about the break-up?
20   A    Debra had phoned me and told me that.
21                  MR. EASTERLING:  I'd
22             object to hearsay.
23                  THE COURT:  Sustained.
```

Q   Without saying what Debra had said, what
    was your belief about the relationship
    at that time?

A   That they were split up, because I knew
    Duane went back home to his father.

Q   The night of July 29, 1995 and the early
    morning hours of July 30th of 1995,
    where were you that evening?

A   I was with Debra, Harold, Kenneth, and
    Kenneth's sister and brother.

Q   Where had you been?

A   We had went to a game room.

Q   Had you met up with them or some of the
    people before that?

A   No, we actually met them at their house.

Q   Had you been with Debra before that?

A   No, I worked that day.  I was at work.

Q   Where were you working?

A   I was working at Oshman's Super Store.

Q   How did you get from Oshman's to the
    game room?

A   Debra picked me up from work and we went
    to her house.

Q   From her house where did you go?

```
1    A    From her house we went to Kenneth's

2         mother's house.

3    Q    What happened there?

4    A    That's when we all got together and went

5         to the game room.

6    Q    Did you have your child with you that

7         night or any of your children before you

8         went to the game room?

9    A    Before we went to the game room?

10   Q    Yes.

11   A    Yes.

12   Q    Where did you leave your child?

13   A    I had him at Debra's home.

14   Q    Were there older children there to watch

15        the little ones?

16   A    Yes.

17   Q    When you were at the game room, do you

18        remember about how long you stayed at

19        the game room?

20   A    About an hour.

21   Q    What were you doing there?

22   A    We played games, shot pool.

23   Q    When you left the game room, where did

24        you go?

25   A    We went to Debra's house.
```

1    Q    Who all went to Debra's house?

2    A    Me, Debra, Harold, Kenneth, and some of

3          the brothers and sisters was going to

4          meet us there at the house but they

5          never showed up.

6    Q    What did you do once you got to Debra's

7          house?

8    A    Our plans were to play cards, but we all

9          ate and then right after we finished

10       eating is the time when Duane came and

11       kicked the door in so we didn't get a

12       chance to play cards.

13    Q   Where were you when you said Duane

14       kicked the door in?

15    A   I was in the living room.  I was going

16       to open the door but Debra for some

17       reason didn't want the door opened.

18    Q   Did you know it was Duane at the door?

19    A   Yes.

20    Q   How did you know it was your brother?

21    A   Because I could hear his voice.  He was

22       screaming and hollering open the damn

23       door.

24    Q   Was the door opened?

25    A   No.

| | | |
|---|---|---|
| 1 | Q | What did Debra do? |
| 2 | A | She immediately picked up the phone and |
| 3 | | called 911. |
| 4 | Q | What did you do? |
| 5 | A | I went in the bedroom where she was. |
| 6 | Q | Did you talk to her or listen to her? |
| 7 | A | Yes. |
| 8 | Q | At some point did you see your brother? |
| 9 | A | After the door was kicked in. |
| 10 | Q | Was the door kicked in right away, or |
| 11 | | how long did it take before the door got |
| 12 | | kicked in? |
| 13 | A | Approximately, I guess, about seven |
| 14 | | minutes. |
| 15 | Q | Once the door was kicked in, what |
| 16 | | happened? |
| 17 | A | When the door was kicked in, we were in |
| 18 | | the bedroom, and he came in and asked |
| 19 | | what was going on. We said nothing. |
| 20 | | Then he started to jump on her. |
| 21 | Q | On who? |
| 22 | A | Debra. |
| 23 | Q | What do you mean by jump on her? |
| 24 | A | Fighting. He started fighting her, |
| 25 | | trying to fight her. |

1    Q    What was Debra doing?

2    A    Screaming and hollering on the phone

3         with 911.

4    Q    Who else was in the room, if you recall,

5         in that back bedroom, when Duane walked

6         in and started hitting on Debra?

7    A    I know Harold was there.  Me, Harold,

8         and Debra.

9    Q    Did Debra hang up with 911 at some

10        point, or do you know?

11   A    Well, when they started fighting I think

12        she just dropped the phone.

13   Q    After they had this confrontation in the

14        back bedroom, what happened next?

15   A    We all went to the living room because

16        he was still fighting.  We were trying

17        to talk to him and tell him that he

18        didn't make sense, but at that time the

19        children had come out and I was telling

20        him, you know, to try to calm hisself

21        down because there was no reason for him

22        to jump on her because no one had did

23        anything.  The kids were screaming and

24        hollering.  I was telling him that the

25        children didn't want to see their mother