```
 1             violent crimes?
 2       A     Yes.
 3       Q     So you can't rule that possibility out
 4             that an older defendant would commit
 5             violent crimes, correct?
 6       A     No, we are talking about decreasing
 7             probability and not impossibility.
 8       Q     You have determined that the sex factor,
 9             that a male is more violent than a
10             female because that's just the way it
11             is, and that the race factor, black,
12             increases the future dangerousness for
13             various complicated reasons; is that
14             correct?
15       A     Yes.
16       Q     Now, as far as the socioeconomic factor,
17             I believe you said that the report of
18             his working stability was self-
19             reporting?
20       A     Yes.
21       Q     Which decreased the probability,
22             correct?
23       A     Yes.
24       Q     What if you had information that in fact
25             that the defendant wasn't a steady
```

160