prison and he commits a capital murder.

These are the things you know about the defendant that tell you something about his character and his ability to follow the rules and his desire to change himself or rehabilitate himself.

You heard from Vivian Jackson who told you that he abused her, that he threatened her with weapons, that he beat her, and he got away with it over the years through coercion and threats.

What else do you know? You heard from the Defense's own experts that they called who prepared reports to aid you in the defense of this man. You heard from Dr. Quijano, who had a lot of experience in the Texas Department of Corrections, who told you that there was a probability that the man would commit future acts of violence.

MR. EASTERLING: That's a misstatement of the evidence. He said there was a low probability and not a

260