IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DUANE EDWARD BUCK**, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:04-cv-03965 |
| § | ***CAPITAL CASE*** |
| **RICK THALER**, Director, § | |
| Correctional Institutions Division, § | |
| Texas Department of Criminal § | |
| Justice, § | |
| § | |
| Respondent. § | |
| § | |

## PROPOSED ORDER

Petitioner Duane Edward Buck has filed a Motion for Relief From Judgment Pursuant to Rule 60 of the Federal Rules of Civil Procedure. This Court is of the opinion that Petitioner's Motion should be **GRANTED**. The Court accordingly vacates the memorandum opinion and the judgment entered in this cause on July 24, 2006.

Signed this _____ day of _____, 2011.

_____
United States District Judge