## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **DUANE EDWARD BUCK,** | **)** | |
| | **)** | |
| Petitioner, | **)** | |
| | **)** | CIVIL ACTION NO. 4:04-cv-03965 |
| v. | **)** | ***CAPITAL CASE*** |
| | **)** | |
| **WILLIAM STEPHENS,** Director, | **)** | |
| Correctional Institutions Division, | **)** | |
| Texas Department of Criminal Justice, | **)** | |
| | **)** | |
| Respondent. | **)** | |

## ORDER

On this date, the Court considered Petitioner's Motion for Relief from

Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6).

Accordingly, it is ORDERED that Petitioner's Motion for Relief from

Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6) is GRANTED.


SIGNED on this _____ day of _____, 2013.


_____
HONORABLE Vanessa D. Gilmore
United States District Judge