IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DUANE EDWARD BUCK, | § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-04-3695 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice-Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

## AMENDED FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum And Order Granting petitioner Duane Edward Buck's Motion for Relief from Judgment (Inst. # 49) issued this day, a writ of habeas corpus is conditionally granted. Pursuant to the Mandate of the Fifth Circuit Court of Appeals, Respondent shall release Buck from custody unless, within 180 days of the entry of this Judgment, the State of Texas either grants Buck a new sentencing hearing pursuant to TEX. CODE CRIM. PROC. art. 44.29(c), or elects not to re-seek the death penalty and accedes to a life sentence in accordance with applicable Texas law.

SIGNED this 19th day of April, 2017, at Houston, Texas.

Vanessa D. Gilmore
United States District Judge