July 21, 2022

Clerk of the Court
P.O. Box 61010
Houston, TX 77208

United States Courts
Southern District of Texas
FILED
JUL 21 2022
Nathan Ochsner, Clerk of Court

RE: Case No.: 4:04-cv-03965 (S.D. TEX.), Buck v. Davis; Original 60(b)(6) Memorandum Brief/Motion

Dear Honorable Court Clerk:

Good day. Back in June of 2022, I requested a copy (or cost) of the 60(b)(6) brief for Buck v. Davis and in response, was told your office required the case cite. On June 25, 2022, I wrote back with the cite and in response, was told your office required the names of the defendant and plaintiff. Here, I have provided both. (see attached). I am not a party to the suit. Thank you for your assistance.

Steven Backstrom
Clements Unit
TDCJ #1657930

9601 Spur 591
Amarillo TX
79107

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS

**NATHAN OCHSNER, Clerk**
CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

July 7, 2022

Mr. Steven Backstrom
TDCJ # 1657938
Clements Unit
9601 Spur 591
Amarillo, TX 79107

Dear Mr. Backstrom,

    I am returning a copy of your letter because the Clerk's Office needs the Style of the case. Please give us the Plaintiff and Defendant and are you a party to this case?

Nathan Ochsner, Clerk

By: _____
**DEPUTY CLERK**

Steven Backstrom
Clements 1657938
9601 Spur 59
Amarillo, TX 79107

AMARILLO TX 791

18 JUL 2022 PM 2 L

United States Courts
Southern District of Texas
FILED

JUL 21 2022

Nathan Ochsner, Clerk of Court

Clerk of the Court
P.O. Box 61010
Houston, TX 77208

772081010